| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Baker and Sons Air Conditioning, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:18-bk-09333** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Business Income and Expenses**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 13, 2018**   X **/s/ William D. Baker**
Signature of individual signing on behalf of debtor

**William D. Baker**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Baker and Sons Air Conditioning, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) **8:18-bk-09333**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................... $ 388,700.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................... $ 388,700.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 618,660.22

4. **Total liabilities** ...........................................................................................................
Lines 2 + 3a + 3b    $ 618,660.22

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Baker and Sons Air Conditioning, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | 8:18-bk-09333 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                                         **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)        Type of account        Last 4 digits of account number

   | | | | | |
   |---|---|---|---|---:|
   | 3.1. | Regions Bank | Checking | | $3,000.00 |
   | 3.2. | Fifth Third | Checking | | $2,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                                   **$5,000.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---:|
   | 7.1. | Deposits | $8,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor **Baker and Sons Air Conditioning, Inc.**                                   Case number *(If known)* **8:18-bk-09333**
       Name

9.  **Total of Part 2.**                                                                                                           $8,000.00
    Add lines 7 through 8. Copy the total to line 81.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:       **20,700.00**           -           **0.00**       = ....        $20,700.00
                                    face amount                 doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                                          $20,700.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:  Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ■ Yes Fill in the information below.

|     | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Inventory** | | $0.00 | | $3,500.00 |

23. **Total of Part 5.**                                                                                                            $3,500.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | **Baker and Sons Air Conditioning, Inc.** | Case number *(If known)* **8:18-bk-09333** |
|---|---|---|
| | Name | |

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** <br> Misc. office furniture | Unknown | | $7,000.00 |
| **Fixtures and equipment** | Unknown | | $12,000.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                                 **$19,000.00**
   Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2000 Mercedes ML** <br> **186,000 miles** | $0.00 | | $1,000.00 |

Debtor **Baker and Sons Air Conditioning, Inc.**     Case number *(If known)* **8:18-bk-09333**
       Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                  **$1,000.00**

      Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** Franchise Agreement with Praxis 5-10, LLC | $0.00 | | $7,500.00 |
| 63. **Customer lists, mailing lists, or other compilations** Customer list and goodwill | $0.00 | | $300,000.00 |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                      **$307,500.00**

      Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **Baker and Sons Air Conditioning, Inc.** | Case number *(If known)* **8:18-bk-09333** |
|---|---|---|
| | Name | |

- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Restitution claim** | **$8,000.00** |
| | Nature of claim | |
| | Amount requested      $8,000.00 | |
| | **Restitution claim** | **$16,000.00** |
| | Nature of claim | |
| | Amount requested      $0.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$24,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Debtor | **Baker and Sons Air Conditioning, Inc.** | Case number *(If known)* **8:18-bk-09333** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,000.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $20,700.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $3,500.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $19,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $307,500.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $24,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $388,700.00  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $388,700.00 |

**Fill in this information to identify the case:**

Debtor name   **Baker and Sons Air Conditioning, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   8:18-bk-09333

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Baker and Sons Air Conditioning, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:18-bk-09333** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Alere Drug Test**<br>**P.O. Box 654092**<br>**Dallas, TX 75266**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Business debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$35.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. bxo 650448**<br>**Dallas, TX 75265**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit purchases**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,800.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bettye Erdman**<br>**30 Cornelia Ct.**<br>**Dallas, GA 30157**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Loans**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$82,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Black Dog Electric**<br>**6916 Kimberlynn Circle**<br>**Sarasota, FL 34243**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$500.00** |

| Debtor | **Baker and Sons Air Conditioning, Inc.** | Case number (if known) | **8:18-bk-09333** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Bridgefield Insurance**<br>**P.O. Box 32024**<br>**Lakeland, FL 33802**<br><br>**Date(s) debt was incurred  2016**<br>**Last 4 digits of account number**  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Insurance**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,085.18 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Bridgefield Insurance**<br>**P.O. Box 32024**<br>**Lakeland, FL 33802**<br><br>**Date(s) debt was incurred  2018**<br>**Last 4 digits of account number**  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Insurance**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,711.88 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Capcall LLC**<br>**122 E. 42nd Street**<br>**New York, NY 10168**<br><br>**Date(s) debt was incurred**  _<br>**Last 4 digits of account number**  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272**<br><br>**Date(s) debt was incurred**  _<br>**Last 4 digits of account number**  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Credit purchases**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $17,159.34 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Carrier**<br>**29704 Network Place**<br>**Chicago, IL 60673**<br><br>**Date(s) debt was incurred**  _<br>**Last 4 digits of account number**  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Ac systems and parts**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $14,683.19 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**CHTD Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br><br>**Date(s) debt was incurred**  _<br>**Last 4 digits of account number**  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Cintas**<br>**P.O. Box 630910**<br>**Cincinnati, OH 45263**<br><br>**Date(s) debt was incurred**  _<br>**Last 4 digits of account number**  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $428.73 |

Debtor **Baker and Sons Air Conditioning, Inc.**
Name

Case number (if known) **8:18-bk-09333**

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**City Electric**<br>**P.O. Box 609521**<br>**Orlando, FL 32860**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$17.66** |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Dex Media**<br>**P.O. Box 619009**<br>**Dallas, TX 75261**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Advertising**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,380.69** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**DLI Assets Bravo, LLC as Successor**<br>**in Interest to Quarterspot, Inc.**<br>**550 North Brand Blvd.**<br>**Glendale, CA 91203**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,000.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**E Advance, LLC**<br>**5008 Airport Road**<br>**Roanoke, VA 24012**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$21,044.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**EBF Partners, LLC**<br>**d/b/a Everest Business Funding**<br>**5 West 37th Street**<br>**2nd Floor**<br>**New York, NY 10011**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$30,309.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Florida Cooling**<br>**7810 25th Ct. E.**<br>**Sarasota, FL 34243**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Ac parts**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,456.86** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Frontier**<br>**P.O. Box 740407**<br>**Cincinnati, OH 45274**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$262.28** |

Debtor **Baker and Sons Air Conditioning, Inc.**　　　　　　　　　　　Case number (if known)　**8:18-bk-09333**
　　　　　Name

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Goar & Endriss**<br>**1590 1st Street**<br>**Sarasota, FL 34236**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Accounting services**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,262.92** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Guarantee Insurance**<br>**401 E Las Olas Blvd.**<br>**Suite 1650**<br>**Fort Lauderdale, FL 33301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Insurance**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,431.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Iruka Capital**<br>**162 Elmora Ave #211**<br>**Elizabeth, NJ 07202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$48,900.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Jiffy Lube**<br>**My Fleet Center**<br>**P.O. bxo 620130**<br>**Middleton, WI 53562**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.88** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**JJ Crane**<br>**1263 Wagon Wheel Drive**<br>**Sarasota, FL 34240**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$360.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Kalamata Capital Group**<br>**80 Broad Sreet**<br>**Suite 1210**<br>**　NY 10000-4000**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | **$60,000.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Lanning Tire**<br>**1235 N. Lime Ave.**<br>**Sarasota, FL 34237**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | **$226.41** |

Debtor **Baker and Sons Air Conditioning, Inc.**     Case number (if known)    **8:18-bk-09333**
    Name

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Liberty National Insurance**<br>**P.O. Box 248889**<br>**Oklahoma City, OK 73124**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Insurance__<br>Is the claim subject to offset? ■ No    ☐ Yes | $168.85 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**LPI**<br>**4560 East 71st Street**<br>**Cleveland, OH 44105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No    ☐ Yes | $399.67 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Michael France**<br>**1515 Ringling Blvd.**<br>**Suite 800**<br>**Sarasota, FL 34236**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Legal services__<br>Is the claim subject to offset? ■ No    ☐ Yes | $10.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Sarasota County Utilities**<br>**P.O. Box 626255**<br>**Orlando, FL 32862**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Utilities__<br>Is the claim subject to offset? ■ No    ☐ Yes | $57.79 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Sunbelt Rental**<br>**P.O. Box 409211**<br>**Atlanta, GA 30384**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Rental__<br>Is the claim subject to offset? ■ No    ☐ Yes | $11,313.55 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Suncoast Printing**<br>**P.O. Box 49497**<br>**Sarasota, FL 34230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Printing services__<br>Is the claim subject to offset? ■ No    ☐ Yes | $54.69 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Terri Baker**<br>**8349 Eagle Lake Drive**<br>**Sarasota, FL 34241**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Loans__<br>Is the claim subject to offset? ■ No    ☐ Yes | $190,000.00 |

Debtor **Baker and Sons Air Conditioning, Inc.**     Case number (if known)    **8:18-bk-09333**
        Name

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Trane Supply**<br>**2224 72n dTerr E.**<br>**Sarasota, FL 34243**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Ac system parts**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,146.42** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Twyn Electric**<br>**4005 65th Street E**<br>**Bradenton, FL 34208**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$226.97** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**P.O. Box 660108**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,543.96** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Visa**<br>**P.O. bxo 2224**<br>**Birmingham, AL 35246**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Credit purchases**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$49,751.47** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Waste Connections**<br>**P.O. bxo 5278**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$674.72** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Waste Management**<br>**P.O. Box 105453**<br>**Atlanta, GA 30318**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$289.30** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Wright Express**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Gas**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,694.45** |

| Debtor | **Baker and Sons Air Conditioning, Inc.** | Case number (if known) | **8:18-bk-09333** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Wright Flood Insurance**<br>**P.O. Box 33064**<br>**Saint Petersburg, FL 33733** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,271.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Insurance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Yellow Pages**<br>**P.O. Box 50038**<br>**Jacksonville Beach, FL 32240** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$396.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Business debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**York**<br>**P.O. Box 730747**<br>**Dallas, TX 75373** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,086.36** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Ac parts and systems** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 618,660.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 618,660.22 |

**Fill in this information to identify the case:**

Debtor name: **Baker and Sons Air Conditioning, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known): **8:18-bk-09333**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of commercial premises located at: 164 Sarasota Center Blvd.** | **164 Sarasota Center, LLC**<br>**14900 Bogle Dr.**<br>**Suite 204**<br>**Chantilly, VA 20151** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Management Agreement for servicing of customer accounts** | **N & M Cooling & Heating, Inc. d/b/a Cool Today** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of 2016 Nissan NV 2500 Van Hi-Top, 2016 Nissan NV 2500 Van Hi-Top, and 2016 Nissan NV 2500 Van Low-Top** | **William D. Baker**<br>**8349 Eagle Lake Drive**<br>**Sarasota, FL 34241** |

**Fill in this information to identify the case:**

Debtor name     **Baker and Sons Air Conditioning, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)     8:18-bk-09333

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors                                                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **William D. Baker** | **8349 Eagle Lake Drive**<br>**Sarasota, FL 34241** | **American Express** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re **Baker and Sons Air Conditioning, Inc.** Case No. **8:18-bk-09333**

Debtor(s) Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William D. Baker**<br>**8349 Eagle Lake Drive**<br>**Sarasota, FL 34241** | **Common** | **100%** | **Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 13, 2018**     Signature **/s/ William D. Baker**
**William D. Baker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **Baker and Sons Air Conditioning, Inc.**  Case No. **8:18-bk-09333**
Debtor(s)  Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**
1. Gross Income For 12 Months Prior to Filing:  $  0.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**
2. Gross Monthly Income  $  6,000.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**
3. Net Employee Payroll (Other Than Debtor)  $  0.00
4. Payroll Taxes  0.00
5. Unemployment Taxes  0.00
6. Worker's Compensation  0.00
7. Other Taxes  0.00
8. Inventory Purchases (Including raw materials)  0.00
9. Purchase of Feed/Fertilizer/Seed/Spray  0.00
10. Rent (Other than debtor's principal residence)  2,200.00
11. Utilities  400.00
12. Office Expenses and Supplies  0.00
13. Repairs and Maintenance  0.00
14. Vehicle Expenses  1,500.00
15. Travel and Entertainment  0.00
16. Equipment Rental and Leases  0.00
17. Legal/Accounting/Other Professional Fees  0.00
18. Insurance  480.00
19. Employee Benefits (e.g., pension, medical, etc.)  0.00
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|

22. Total Monthly Expenses (Add items 3-21)  $  4,580.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)  $  1,420.00